# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
### Eastern Division

Phillip Bradley

                          Plaintiff,

v.                                             Case No.: 1:09−cv−04538

                                                      Honorable Samuel Der−Yeghiayan

Joe Dortha Parker, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 12, 2010:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Defendant City Of Chicago's motion for protective order [35] is granted. Noticed motion date of 02/16/10 is stricken. All other dates remain unchanged. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.